113 P.3d 1240

**STATE of Arizona**

v.

**Joel CASTANEDA**

**No. CR–05–0064–PR.**

Supreme Court of Arizona.

June 28, 2005.

ORDERED: The State of Arizona's Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

Justice RYAN voted to grant review.